UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ALEXANDRIA RUDOLPH

                Plaintiff(s),              18-cv-8472(PKC)

      -against-                        SCHEDULING ORDER

HUDSON'S BAY COMPANY

                Defendant(s).

-----------------------------------------------------------x

[handwritten annotation: has twice amended her complaint ad hoc]

CASTEL, District Judge:

        WHEREAS, defendants ~~and~~ have expressed an intent to move to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.

        ~~WHEREAS,~~ plaintiff**s** stated unequivocally that **she** does not wish to amend the complaint in response to defendants' pre-motion letters.

        NOW, therefore, the following is ORDERED:

        1.    Defendants (~~and~~) may file their motion to dismiss by December 21, 2018. Plaintiff may respond to the motion by January 25, 2019. Defendant may reply by February 15, 2019. ~~January 22, 2019.~~

        2.    Rule 16(b)(3)(A) provides that a Court's "scheduling order must limit the time to . . . amend the pleadings. . . ." Pursuant to that authority, the Court hereby limits the time to amend the complaint as of right or move to amend to ~~the later of the following: (a) the date to amend as of right under Rule 15, Fed. R. Civ. P.; or (b)~~ 21 days from the filing of the motion to dismiss.

3.  Discovery is stayed pending further Order of this Court.

SO ORDERED.

                                   _____
                                   P. Kevin Castel
                                   United States District Judge

Dated: New York, New York
       ~~October 16, 2018~~
       November 18, 2018

4. The Court discloses that at one time he had credit cards accounts with Lord and Taylor. Within 14 days defendants shall advise whether that account or accounts are open. Letter should be faxed to Chambers with copy to opposing counsel.