# Morgan Lewis

**Gregory T. Parks**
Partner
+1.215.963.5170
gregory.parks@morganlewis.com

April 24, 2020

Judge P. Kevin Castel
500 Pearl St., Courtroom 11D
New York, NY 10007-1312

Re:   Arkansas Federal Credit Union, et al. v. Hudson's Bay, et al.
      Case No. 1:19-cv-4492 (PKC) (S.D.N.Y.) [Rel. 1:18-cv-08472-PKC]

> Application GRANTED. Defendants' time to respond is extended to August 1, 2020. There will be a conference in this matter on September 9, 2020 at 2:30pm.
>
> SO ORDERED.
> April 24, 2020
>
> _____
> P. Kevin Castel
> United States District Judge

Dear Judge Castel:

We represent Defendants Hudson's Bay Company, Saks Fifth Avenue LLC, Saks & Company LLC, Saks Incorporated, and Lord & Taylor LLC ("Defendants") in the above-referenced action, which is on behalf of financial institutions. We are writing to inform the Court that the parties' mediation on the financial institution cases before the Honorable Diane M. Welsh (Ret.), originally scheduled to take place on March 19, 2020, was rescheduled to May 8, 2020 because of the COVID-19 pandemic. For those same reasons, and because of some difficulties the pandemic is creating with respect to information that the parties need from third parties, the parties may be looking to reschedule the mediation again, possibly to a date in June or July. Pursuant to Rules 1(A) and (B) of Your Honor's Individual Practices, we write with consent of counsel for Plaintiffs Arkansas Federal Credit Union and The Summit Federal Credit Union ("Plaintiffs") to respectfully request an extension of Defendants' deadline to respond to Plaintiffs' Second Amended Complaint, which is currently due seven (7) days before the scheduled mediation, on May 1, 2020. Defendants are hopeful that the mediation will obviate the need to file a response, but in the event that it does not, Defendants respectfully request that the deadline to respond to the Second Amended Complaint be extended to August 1, 2020. There are no upcoming conferences scheduled before the Court in this matter.

Plaintiffs graciously consented to this request. There has been one prior request to extend this deadline, which the Court granted on March 9, 2020. (ECF No. 67.) If approved, this requested extension will not affect any other scheduled dates.

Respectfully,

*/s/ Gregory T. Parks*

Gregory T. Parks

cc: All counsel of record (via ECF)

**Morgan, Lewis & Bockius** LLP

1701 Market Street
Philadelphia, PA  19103-2921         ☏ +1.215.963.5000
United States                         📠 +1.215.963.5001