UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALEXANDRIA RUDOLPH, et al.,

                Plaintiffs,                18-cv-8472 (PKC)

    -against-                         ORDER

HUDSONS BAY CO., et al.,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        By reason of the automatic stay, as well as the parties' request of April 21, 2020 that the Court defer consideration of the motion, the pending motion to dismiss is deemed withdrawn without prejudice to renewal upon the filing of a new notice of motion. The Clerk is directed to terminate the motion. (Docket # 148.)

        SO ORDERED.

                                                      P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
         September 9, 2020