UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HUDSON'S BAY COMPANY DATA SECURITY INCIDENT CONSUMER LITIGATION | Case No. 1:18-cv-08472 (PKC) |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs in the above-captioned action ("Plaintiffs"), by and through their attorneys, respectfully move this Court for an Order preliminarily approving the proposed class action settlement ("Settlement"), approving the form of notice, and scheduling the Final Approval Hearing as set forth in the Settlement Agreement attached as Exhibit A to the Joint Declaration of Janine L. Pollack and Timothy J. Peter ("Joint Declaration"). Specifically, Plaintiffs ask that the Court enter the proposed Order, thereby

1. granting Preliminary Approval of the Settlement;

2. approving the proposed Notice Program;

3. appointing Analytics LLP as Settlement Administrator and directing it to commence the Notice Program;

4. conditionally certifying the proposed Settlement Class for the purposes of Settlement;

5. appointing Plaintiffs as Class Representatives for the Settlement Class and Timothy J. Peter of Faruqi & Faruqi, LLP and Janine L. Pollack of Calcaterra Pollack LLP as Class Counsel for the Settlement Class; and

6. scheduling a Final Approval Hearing.

In support of this Unopposed Motion, Plaintiffs rely on the attached Memorandum of Law, the

Joint Declaration and its supporting exhibits, all documents filed therewith, and the arguments of counsel.

DATED:  May 27, 2020    /s/ Timothy J. Peter
Timothy J. Peter

**FARUQI & FARUQI, LLP**
1617 JFK Boulevard, Ste. 1550
Philadelphia, PA  19103
Tel: (215) 277-5770
Fax: (215) 277-5771
tpeter@faruqilaw.com

Janine L. Pollack
Michael Liskow
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1761
Fax: (332) 206-2073
jpollack@calcaterrapollack.com
mliskow@calcaterrapollack.com

**Interim Co-Lead Counsel for Plaintiffs and the Class**

Charles J. Hecht
**BALESTRIERE FARIELLO LLP**
225 Broadway, 29th Floor
New York, New York 10007
Tel.: (212) 374-5400
Fax: (212) 208-2613
charles.hecht@balestrierefariello.com

Anthony Parkhill
**BARNOW AND ASSOCIATES, P.C.**
One North LaSalle Street, Suite 4600
Chicago, IL 60602
Tel: (312) 621-2000
Fax: (312) 641-5504
a.parkhill@barnowlaw.com

Melissa R. Emert
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, NY 10977
Tel: (866) 896-0935
memert@kgglaw.com

Charles E. Schaffer
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cschaffer@lfsblaw.com

Jeffrey S. Goldenberg
**GOLDENBERG SCHNEIDER, LPA**
One West Fourth Street, 18th Floor
Cincinnati, OH 45202
Tel: (513) 345-8297
Fax: (513) 345-8294
jgoldenberg@gs-legal.com

Gary Mason
**MASON LIETZ & KLINGER, LLP**
5101 Wisconsin Avenue NW
Suite 305
Washington, DC 20016
Tel: (202) 640-1168
Fax: (202) 429-2294
gmason@masonllp.com

Laurence D. King
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, New York 10022
Tel: (212) 687-1980
Fax: (212) 687 7714
lking@kaplanfox.com

John A. Yanchunis
Ryan Mcgee
**MORGAN & MORGAN**
**COMPLEX LITIGATIO GROUP**
201 N. Franklin Street, 7th Floor

3

Tampa, Florida 33602
Tel.: (813) 223-5505
Fax:  (813) 222-4736
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Jean Sutton Martin
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
2018 Eastwood Road Suite 225
Wilmington, NC 28403
Tel: (813) 559-4908
Fax: (813) 222-4795
jeanmartin@forthepeople.com

Mark Rifkin
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
rifkin@whafh.com

Lynda J. Grant
**THE GRANT LAW FIRM**, PLLC
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel: (212) 292-4441
Fax: (212) 292-4442
lgrant@grantfirm.com

Ralph N. Sianni
**ANDERSON SLEATER SIANNI, LLC**
2 Mill Road
Suite 202
Wilmington, DE 19806
Tel: (302) 510-8528
Fax: (302) 595-9321
rsianni@andersensleater.com

Kevin H. Sharp
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street
Suite 3100
Nashville, TN 37203

Tel: (615) 434-7000
Fax: (615) 434-7020
ksharp@sanfordheisler.com

Aaron Brody
**STULL, STULL & BRODY**
6 East 45th Street
Fifth Floor
New York, New York 10017
Tel: (212) 687-7230
abrody@ssbny.com

Jason P. Sultzer
**THE SULTZER LAW GROUP, P.C.**
85 Civic Center Plaza,
Suite 200
Poughkeepsie, NY 12601
Tel: (845) 244-5595
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com

**Counsel for Plaintiffs and the Class**