UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HUDSON'S BAY COMPANY DATA SECURITY INCIDENT CONSUMER LITIGATION | Case No. 1:18-cv-08472 (PKC) |

**PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS**

Plaintiffs in the above-captioned action ("Plaintiffs"), by and through their attorneys, respectfully move this Court for an Order granting payment of $1,346,799.40 for Plaintiffs' Counsel's attorneys' fees, $53,200.60 for reimbursement of litigation expenses, and $1,000 to each of the 15 Plaintiffs (totaling $15,000) as Service Awards for their efforts and contributions to this Litigation.

In support of this motion, Plaintiffs rely on the attached Memorandum of Law, the Joint Declaration and its supporting exhibits, declarations submitted by Plaintiffs' Counsel, declarations submitted by Plaintiffs, all documents filed therewith, and the arguments of counsel.

Dated:  October 29, 2021

Respectfully Submitted,

*/s/ Janine L. Pollack*
Janine L. Pollack
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1761
Fax: (332) 206-2073
jpollack@calcaterrapollack.com

*/s/ Timothy J. Peter*
Timothy J. Peter
**FARUQI & FARUQI, LLP**
1617 JFK Boulevard, Ste. 1550
Philadelphia, PA  19103
Tel: (215) 277-5770
Fax: (215) 277-5771

tpeter@faruqilaw.com

*Interim Co-Lead Counsel for*
*Plaintiffs and the Class*

## CERTIFICATE OF ELECTRONIC SIGNATURE CONSENT

Pursuant to S.D.N.Y. Electronic Case Filing Rules & Instructions Section 8.5(b), I, Timothy J. Peter, represent that Janine L. Pollack consented to her electronic signature being used in this document.

*/s/ Timothy J. Peter*
Timothy J. Peter (admitted *pro hac vice*)
