UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE HUDSON'S BAY COMPANY DATA
SECURITY INCIDENT CONSUMER                    18-cv-8472 (PKC)
LITIGATION.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

      At tomorrow's fairness hearing, plaintiffs' counsel should be prepared to provide the Court with an update as to the number of claims to date that have been submitted to the claims administrator by members of the proposed settlement class.

      SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       January 10, 2022